UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CONCORD AT THE VINEYARDS
CONDOMINIUM ASSOCIATION,
INC.,

       Plaintiff,

v.                                 Case No.:  2:21-cv-380-SPC-MRM

EMPIRE INDEMNITY
INSURANCE COMPANY,

       Defendant.

_____/

## ORDER[1]

      Before the Court is the parties' Joint Status Report Regarding the Stay.

(Doc. 35).  The parties agree that the stay should be lifted.  The Court will do

so and the deadlines in the Case Management and Scheduling Order (Doc. 21)

will be reset to accommodate the time that the case was stayed.

      Accordingly, it is now

**ORDERED:**

    1. The stay is **LIFTED**.  The Clerk is directed to remove the stay flag.

    2. These deadlines **GOVERN** the remainder of this action:

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using
hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties
or the services or products they provide, nor does it have any agreements with them.  The
Court is also not responsible for a hyperlink's availability and functionality, and a failed
hyperlink does not affect this Order.

| Disclosure of any Expert Report | Plaintiff: 12/6/2022<br>Defendant:1/6/2023<br>Rebuttal: 2/6/2023 |
|---|---|
| **Discovery and Motions to Compel Discovery** | 3/6/2023 |
| **Mediation with Lawrence A. Farese** | 3/20/2023 |
| **Dispositive and *Daubert* Motions** | 4/3/2023 |
| **Final Pretrial Meeting** | 9/1/2023 |
| **Motions in Limine** | 9/8/2023 |
| **Joint Final Pretrial Statement and Trial Briefs** | 9/15/2023 |
| **Final Pretrial Conference** | 9/29/2023 |
| **Monthly Trial Term** | 10/2/2023 |
| **Estimated Length of Trial** | 7 days |
| **Jury or Non-Jury** | Jury |

Note: the first cell header reads "**Disclosure of any Expert Report**"

All other provisions in the Case Management and Scheduling Order (Doc. 21) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on April 12, 2022.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

2

Copies:  All Parties of Record