UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NUMBER: 2:21-CV-380-SPC-KCD

CONCORD AT THE VINEYARDS
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

EMPIRE INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STATUS REPORT REGARDING APPRAISAL PROCEEDINGS

Defendant, EMPIRE INDEMNITY INSURANCE COMPANY ("Empire") and Plaintiff, CONCORD AT THE VINEYARDS CONDOMINIUM ASSOCIATION, INC. ("Concord"), pursuant to the Orders issued by this Honorable Court on August 6, 2024 [DE 111] and July 31, 2025 [DE 123], file their Joint Status Report and state as follows:

    1.    The appraisers inspected the subject property from January 13 to January 18, 2025.

    2.    Thereafter, Empire's appraiser, Jose Palacios, and Concord's appraiser, James Gilleland, exchanged competing estimates with each other and have otherwise been unable to reach an agreement as to the amount of the loss.

3. The appraisal panel has scheduled a conference call to take place on August 7, 2025, during which time it is anticipated that they will discuss appraisal issues, including the appraisal panel's preference for inspections of the property (with the umpire) and a date for a final hearing.

4. It is anticipated that inspections with the umpire, if deemed necessary by the panel, and a final hearing will take place sometime in September 2025.

5. It is anticipated that after a final hearing, the umpire will issue an award.

*Jointly submitted July 31, 2025, by:*

| | |
|---|---|
| */s/ Kurtis Jay Keefer, Esq.* | */s/ David J. Maldoff, Esq.* |
| KURTIS JAY KEEFER, ESQ. | DAVID J. MALDOFF, ESQ. |
| Florida Bar No.: 0668011 | Florida Bar No.: 0720836 |
| GOEDE, DEBOEST & CROSS, PLLC | dmaldoff@butler.legal |
| 6609 Willow Park Drive, Suite 201, | BUTLER WEIHMULLER |
| Naples, FL 34109 | KATZ CRAIG LLP |
| (239) 331-5100 – Telephone | Secondary: hkerr@butler.legal |
| (239) 260-7677 – Facsimile | 400 N. Ashley Drive, Suite 2300 |
| curbanowski@gadclaw.com | Tampa, Florida 33602 |
| *Counsel for Plaintiff* | Telephone: (813) 281-1900 |
| | Facsimile: (813) 281-0900 |
| | *Counsel for Defendant* |